UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karah Mae Johnson,<br><br>              Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>              Defendant. | Civil Action No: 2:15-cv-01186-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, November 30, 2015, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  10/28/15                              / s / Joseph C. Fraulob
                                                    Joseph C. Fraulob
                                                    Attorney for Plaintiff

Dated:  10/28/15                              / s / Theophous Reagans
                                                    Theophous Reagans
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant

<u>ORDER</u>

IT IS ORDERED.

DATED:  October 30, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE