UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAH MAE JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:15-cv-01186-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, December 30, 2015, to file the Motion for Summary Judgment.

　　　IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  11/30/15　　　　　　　　　　　　　/ s / Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　　Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  11/30/15　　　　　　　　　　　　　/ s / Theophous Reagans
　　　　　　　　　　　　　　　　　　　　　Theophous Reagans
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.

DATED:  November 30, 2015　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE