1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KARAH MAE JOHNSON, | No: 2:15-CV-01186-AC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| CAROLYN COLVIN, | |
| Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated:  December 21, 2015        /s/ *Joseph C. Fraulob*
                                 Joseph Fraulob
                                 Attorney for plaintiff


Dated: December 21, 2015         /s/ *Theophous Reagans**
                                 Theophous Reagans
                                 Special Assistant United States Attorney
                                 Attorney for Defendant
                                 (*by email authorization on 12/21/15)

ORDER

APPROVED AND SO ORDERED.

DATED:  December 28, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE